IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HECTOR PESANTEZ )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DAO INTERNATIONAL, INC. d/b/a DAO )<br>THAI RESTAURANT & NOODLE )<br>PALACE and SUPOUT DEEPIPAT, )<br>individually, )<br>)<br>Defendants. ) | 1:16-cv-5681<br><br>Hon. John J. Tharp, Jr. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hector Pesantez by his attorney, Carlos Becerra of Becerra Law Group, LLC, and Defendants Dao International, Inc., and Supout Deepipat, by their attorney, John M. Kraft of Fuksa Khorshid, LLC, stipulate that this case should be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: 12/21/16

Respectfully Submitted,

| Plaintiffs | Defendants |
|---|---|
| By: *s/ Carlos Becerra* | By: *s/ John M. Kraft* |
| BECERRA LAW GROUP, LLC<br>11 E. Adams St., Suite 1401<br>Chicago, Illinois 60603<br>Telephone: (312) 957-9005<br>Facsimile : (888) 826-5848 | FUKSA KHORSHID, LLC<br>70 W. Erie St., 2nd Floor<br>Chicago, IL 60654<br>Telephone: (312) 266-2221<br>Facsimile: (312) 266-2224 |